UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOHLER CO.,<br><br>      Plaintiff,<br><br>   -against-<br><br>SIGNATURE PLUMBING SPECIALTIES LLC,<br><br>      Defendant. | 23-CV-9686 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The February 7th conference, currently set to take place remotely, will now be held in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

  SO ORDERED.

Dated: February 5, 2024
    New York, New York

                  _____
                    ARUN SUBRAMANIAN
                   United States District Judge