UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOHLER CO., <br><br>                 Plaintiff, <br><br> -against- <br><br> SIGNATURE PLUMBING SPECIALTIES LLC, <br><br>                 Defendant. | 23-CV-9686 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

      As discussed at today's conference, the motion for judgment on the pleadings is DENIED AS MOOT. The Clerk of Court is respectfully directed to close Dkt. 25. Plaintiff shall file an amended complaint by March 15, 2024.

      SO ORDERED.

Dated: February 7, 2024
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                  United States District Judge