UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOHLER CO.,<br><br>                    Plaintiff,<br><br>            -against-<br><br>SIGNATURE PLUMBING SPECIALTIES LLC,<br><br>                    Defendant. | 23-CV-9686 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court is in receipt of the motion for judgment on the pleadings. Discovery will not be stayed while that motion is pending.

      In accordance with Paragraph 4.D of the Court's Individual Practices, the parties are hereby ORDERED to file a proposed (1) Civil Case Management Plan and Scheduling Order and (2) Case Management Addendum (Patent) on ECF, no later than **April 29, 2024**. The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is available at **https://nysd.uscourts.gov/hon-arun-subramanian**. The parties are advised that, in accordance with Paragraph 4.D of the Court's Individual Practices, the Court is unlikely to allow more than four months to complete all discovery.

      SO ORDERED.

Dated: April 23, 2024
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge