UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOHLER CO., <br><br>      Plaintiff, <br><br>   -against- <br><br>SIGNATURE PLUMBING SPECIALTIES LLC, <br><br>      Defendant. | 23-cv-9686 (AS) <br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The parties should meet and confer and by **December 5, 2024**, propose a date within the next 30 days when **their lead trial counsel, as well as both parties' chief executive officers**, will be available to attend an in-person conference with the Court. At that conference, the Court will address what the next steps in this case should be. Both sides should be ready to address the prior-sale issue, including to present the key evidence on the issue, and to address what discovery is necessary to complete the record. If the parties are unable to agree on a date, then the Court will pick one. The parties should also talk with each other about settlement before the conference, and be ready to address that topic at the conference.

  SO ORDERED.

Dated: November 25, 2024
   New York, New York

                      _____
                        ARUN SUBRAMANIAN
                       United States District Judge