UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOHLER CO.,<br><br>                    Plaintiff,<br><br>         -against-<br><br>SIGNATURE PLUMBING SPECIALTIES LLC,<br><br>                    Defendant. | 23-cv-9686 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The conference currently scheduled for 2:00 PM on Thursday, January 9, 2025, is hereby rescheduled to 4:30 PM on the same day. The location remains the same.

    SO ORDERED.

Dated: December 10, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge