UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOHLER CO.,<br><br>                      Plaintiff,<br><br>         -against-<br><br>SIGNATURE PLUMBING SPECIALTIES LLC,<br><br>                      Defendant. | 23-cv-9686 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      In this design patent case, the parties filed a joint claim-construction statement on July 8, 2024. Dkt. 55. As one might expect in a case of this kind, the parties did not dispute the construction of any "terms" because there are none. However, the parties appear nevertheless to disagree about the metes-and-bounds of what is covered by the '487 patent. *Id.* at 4-6. But the parties' motions for claim construction don't address this dispute; they just ask the Court to adopt their respective constructions. *See* Dkts. 56, 57. Given that the parties agree on all but one thing, and as to that one thing, the motions are completely useless, they are DENIED. If there's actually a live dispute relating to the '487 patent, then the parties should present their positions in a letter no longer than five single spaced pages, to be filed by January 7, 2025 at 5 pm. The Court will address the issue at the January 9, 2025 hearing. The Clerk of Court is respectfully directed to terminate the motions at Dkts. 56 and 57.

      SO ORDERED.

Dated: January 2, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge