UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOHLER CO.,<br><br>     Plaintiff,<br><br>   -against-<br><br>SIGNATURE PLUMBING SPECIALTIES LLC,<br><br>     Defendant. | 23-cv-9686 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Because the District Court for the Southern District of New York is observing a holiday on Thursday, January 9, 2025, for the National Day of Mourning to honor the memory of James Earl Carter, Jr., the upcoming conference in this case is rescheduled to Wednesday, January 8, 2025, at 4:30 PM.

  SO ORDERED.

Dated: January 3, 2025
   New York, New York

                 ARUN SUBRAMANIAN
                United States District Judge