UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOHLER CO., <br><br>      Plaintiff, <br><br>    -against- <br><br> SIGNATURE PLUMBING SPECIALTIES LLC, <br><br>      Defendant. | 23-cv-9686 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

 As discussed at the January 8, 2025 hearing, on or before January 22, 2025, each side may submit a brief of no more than ten double-spaced pages to address the '487 claim-construction issue.

 Additionally, the Court allots sixty days for discovery on the invalidity issues raised by Signature. That discovery period will close on March 8, 2025. By March 3, 2025, the parties should meet and confer and submit a joint letter proposing a schedule for summary-judgment briefing.

 During this discovery period, Signature should also produce to Kohler the damages information addressed at the hearing.

 As for mediation, if the parties mutually agree that a referral to the Magistrate Judge for mediation would be fruitful, then the Court will make that referral.

 SO ORDERED.

Dated: January 10, 2025
    New York, New York

                    _____
                     ARUN SUBRAMANIAN
                     United States District Judge