UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kohler Co., | |
| Plaintiff, | |
| -against- | 23-CV-9686 (AS) |
| Signature Plumbing Specialties LLC, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

Given the number of issues raised by the parties in their motions *in limine*, the Court would like to hold a telephonic hearing on either Tuesday, January 6, 2026, or Wednesday, January 7, 2026, to see if we can make progress in resolving the pending motions, and also answer any questions the parties may have in advance of the January 9, 2026 final pretrial conference. The parties should meet and confer and advise the Court of dates and times when the parties would be available.

In addition, the Court is still considering Kohler's motion to present Mr. Garrels as a witness. However, to minimize any disruptions if he is permitted to testify (which the Court has not decided), if Signature wishes, it may take a deposition of Mr. Garrels, limited to two hours over video, which should be sufficient given the Court's understanding of the limited nature of the testimony Mr. Garrels may offer.

SO ORDERED.

Dated: December 31, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge