UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kohler Co.,

                    Plaintiff,

        -against-

Signature Plumbing Specialties LLC,

                    Defendant.

23-CV-9686 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

   The Court will hold a telephonic conference in this matter at 11 a.m. ET on Tuesday, January 6. Any interested parties can dial in using the number (646) 453-4442 and entering the pass code 681 302 876, followed by #.

        SO ORDERED.

Dated:  January 2, 2026
        New York, New York

_____
   ARUN SUBRAMANIAN
   United States District Judge