UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kohler Co.,

                                  Plaintiff,

                    -against-

Signature Plumbing Specialties LLC,

                                  Defendant.

23-CV-9686 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The final pretrial conference on Friday, January 9, 2026, has been rescheduled to 12 noon in Courtroom 15A.

For the reasons stated on the record during today's teleconference, the parties' motions in limine are resolved as follows:

**Kohler's motions**:

- Motion 1 (order of presentation): GRANTED. Kohler may present a witness to give a limited introduction before Signature presents its witness.
- Motion 2 (exclusion of evidence of other claims): GRANTED.
- Motion 3 (evidence related to size and Kohler's conduct toward Signature): GRANTED.
- Motion 4 (exclusion of photographs): DENIED.
- Motion 5 (online web listing): GRANTED as unopposed.
- Motion 6 (business records): DENIED.
- Motion 7 (terminology): GRANTED IN PART AND DENIED IN PART. Terms such as "sale," "sales, "offer," "use," and the like are fair game. Terms such as "offer for sale," "public use," and "ready for patenting" are not.
- Motion 8 (invoices without a model number): DENIED.
- Motion 9 (hearsay objection to CetraRuddy and Top Elite communications): DENIED.
- Motion 10 (other specification sheets): DENIED. While Signature should not use the specification sheets to try to show commonality of design, they can be used to substantiate Signature's record-keeping practices to the extent necessary to oppose Kohler's challenge to the admission of documents as business records.
- Motion 11 (BT2092 specifications and arguments about infringement): GRANTED.
- Motion 12 (email with Alana McInnis): GRANTED.
- Motion 13 (other pleadings): GRANTED.

**Signature's motions**:

- Motion 1 (Clayton Garrels and associated exhibits): Kohler may present Mr. Garrels instead of Mr. Kohler for limited background testimony.
- Motion 2 (order of presentation): DENIED.
- Motion 3 (binding Kohler to admissions): The parties are directed to meet and confer and by 5 p.m. Wednesday, January 6, 2026, furnish the revised stipulations and a joint-letter detailing any disputed issues that remain.
- Motion 4 (precluding Kohler from claiming to be an innovator): GRANTED.
- Motion 5 (precluding Kohler from discussing alleged copycats): GRANTED.
- Motion 6 (foreign manufacturing): GRANTED IN PART AND DENIED IN PART. Documents that reference China don't need to be redacted, but Kohler is not permitted to use the origin of products in China pejoratively.
- Motion 7 (reference to earlier rulings): GRANTED.
- Motion 8 (evidence related to dismissed counts): GRANTED.
- Motion 9 (sales information): GRANTED.
- Motion 10 (metadata): GRANTED.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 130, 133, and 136.

SO ORDERED.

Dated:  January 6, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge

2