UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kohler Co.,

Plaintiff,

-against-

Signature Plumbing Specialties LLC,

Defendant.

23-CV-9686 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is respectfully directed to enter judgment in favor of defendant.

All post-trial motions—not including a notice of taxation of costs—will be due 28 days after the entry of judgment, with opposition briefs due 28 days later, and reply briefs due 14 days after the opposition. Any briefing for attorney's fees will not be bifurcated and shall include argument in support of or in opposition to both liability for fees and the amount of fees. The parties should not submit any proposed judgment forms.

A notice of taxation of costs is due within 30 days of the entry of judgment. L.R. 54.1. Any objection will be due within 14 days of the notice, and any objection to the Clerk's taxation to be reviewed by the Court shall be filed within 7 days. Fed. R. Civ. P. 54(d)(1).

Any motion for attorney's fees shall have the same effect on the time to appeal under Federal Rule of Appellate Procedure (4)(a)(4) as a timely motion under Federal Rule of Civil Procedure 59. See Fed. R. Civ. P. 58(e).

SO ORDERED.

Dated: January 21, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge