**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KOHLER CO.,

|  |  |
|---|---|
| Plaintiff, | 23 **CIVIL** 9686 (AS) |
| -against- | **JUDGMENT** |
| SIGNATURE PLUMBING SPECIALTIES LLC, | |
| Defendant. | |

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**

- That Counts I, II, III, IV, VI, and VII of the First Amended Complaint are DISMISSED WITH PREJUDICE; and

- That after a Jury Trial before the Honorable Arun Subramanian, United States District Judge, the jury having returned a verdict in favor of Defendant on the question of a prior sale, offer for sale, and/or public use, that U.S. Design Patent No. D678,487 is invalid.

**DATED:**  New York, New York
January 22, 2026

TAMMI M. HELLWIG
_____
Clerk of Court

BY: _~signature~_
_____
Deputy Clerk