UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOHLER CO.,

Plaintiff,

-against-

SIGNATURE PLUMBING SPECIALTIES LLC,

Defendant.

23-CV-9686 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court's Order dated July 24, 2026 "refer[red] the question of the proper amount of fees for a report and recommendation from Magistrate Judge Stewart Aaron." Dkt. 188. To be clear that Order applies to any subsequent, related motions, including any motion for an award of fees for the time spent preparing and litigating the original motion for attorney's fees, Dkt. 173.

SO ORDERED.

Dated: August 4, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge