**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Kohler Co.,**

**Plaintiff,**

**-against-**

**Signature Plumbing Specialties LLC,**

**Defendant.**

**1:23-cv-09686 (AS) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Having carefully reviewed the parties' respective positions set out in their joint letter, filed on November 6, 2026 (ECF No. 207), the Court in its discretion sets the following briefing schedule:

1. Signature's opening brief shall be filed no later than Tuesday, January 5, 2027.
2. Kohler's response shall be filed no later than Tuesday, January 19, 2027.
3. Signature's reply shall be filed no later than Tuesday, January 26, 2027.

**SO ORDERED.**

Dated: New York, New York
November 9, 2026

Stewart d. Aaron
STEWART D. AARON
United States Magistrate Judge